871 A.2d 788

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Harry Curtis FORREST, Jr., Respondent.**

**No. 996 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 24, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 24th day of March, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board dated December 30, 2004, it is hereby

ORDERED that HARRY CURTIS FORREST, JR., be and he is SUSPENDED from the Bar of this Commonwealth for a period of one year and one day.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.